IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02057-RPM-MJW

DAVID REED GRIMES, and
KATHERINE L. GRIMES,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY and
WELLS FARGO INSURANCE, INC. f/k/a NORWEST INSURANCE, INC.

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## HARTFORD FIRE INSURANCE COMPANY
_____

THIS MATTER coming before the Court and the Stipulation of the Plaintiffs and Defendant, Hartford Fire Insurance Company, to dismiss all claims of the Plaintiffs against Hartford Fire Insurance Company with prejudice;

IT IS ORDERED that all claims of the Plaintiffs against Defendant Hartford Fire Insurance Company be dismissed with prejudice with each party to pay its own costs and attorney fees. The claims of the Plaintiffs against other defendants remain.

ORDER ENTERED this 9th day of February, 2006.

                        BY THE COURT:

                        Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge

1