IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02057 RPM

DAVID REED GRIMES, and
KATHERINE L. GRIMES

    Plaintiffs,

v.

WELLS FARGO INSURANCE, INC. f/k/a NORWEST INSURANCE, INC.

    Defendant.

---

## ORDER RE: STIPULATION REGARDING WELLS FARGO INSURANCE'S MOTION TO BIFURCATE DISCOVERY FOR LIABILITY AND DAMAGES AND TO MODIFY THE SCHEDULING ORDER

---

The Court, having reviewed Wells Fargo Insurance's Motion to Bifurcate Discovery For Liability and Damages and to Modify the Scheduling Order (the "Motion"), and having reviewed the parties' Stipulation relating to Wells Fargo Insurance's Motion, and being otherwise advised in the premises, hereby orders as follows:

1.    Defendant Wells Fargo Insurance shall file its dispositive motion on the issue of liability by May 15, 2006. Plaintiffs do not waive the right to conduct additional liability discovery after receipt of Wells Fargo Insurance's motion, but shall make reasonable effort to conduct foreseeable liability discovery prior to May 15, 2006.

5

2.   Discovery on causation and damages shall be abated pending resolution of Wells Fargo Insurance's dispositive motion on the issue of liability. Such discovery on causation and damages shall re-commence thirty days after the Court issues its ruling on Wells Fargo Insurance's dispositive motion on the issue of liability.

3.   The parties shall designate causation and damages experts no later than ninety days after the Court issues its ruling on Wells Fargo Insurance's dispositive motion on the issue of liability. The parties may designate experts on insurance coverage as part of the second phase of discovery. The parties shall have forty-five days thereafter to designate rebuttal experts.

4.   The deadline to complete discovery shall be 180 days after the Court issues its ruling on Wells Fargo Insurance's dispositive motion on liability.

The Scheduling Order entered by this Court on December 29, 2005 is hereby modified as set forth above.

Dated this 20 day of March, 2006.

_____
District Court Judge

6