IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02057-RPM

DAVID REED GRIMES and
KATHERINE L. GRIMES,

        Plaintiff,

v.

WELLS FARGO INSURANCE, INC., f/k/a
NORWEST INSURANCE, INC.,

        Defendant.

## ORDER OF DISMISSAL

        Pursuant to the Stipulation to Dismiss with Prejudice, filed on May 10, 2007, it is

        ORDERED that this action is dismissed with prejudice, each party to pay their

own attorney's fees and remaining costs.

        DATED:  May 10, 2006.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge